AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00424 |
|---|---|---|
| v. | ) | Assigned to: Judge Faruqui, Zia M. |
| Tanner Bryce Sells | ) | Assign Date: 5/12/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) |  |
| Defendant | ) |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Tanner Bryce Sells,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/12/2021

                                                            2021.05.12 17:01:56 -04'00'
                                                            *Issuing officer's signature*

City and state:    Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/12/2021, and the person was arrested on *(date)* 5/17/2021
at *(city and state)* CHANDLER, O/C

Date: 5/17/2021

                                    *Arresting officer's signature*

                                    MATTHEW W. CHENEVEY, SPECIAL AGENT
                                    *Printed name and title*