# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 1:21-mj-00424-ZMF |
| | : | |
| TANNER BRYCE SELLS, | : | VIOLATIONS: |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, TANNER BRYCE SELLS, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530