To: The Honorable Amy Berman Jackson
Re: Tanner Sells

    I am writing this character letter in reference to my son, Tanner Bryce Sells. While I realize a letter from his mother may seem redundant, I am hoping through this letter I am able to give you a glimpse into who my son truly is, beyond political ideation or voter registration.

    On Tanner's first day of kindergarten, his teacher met me at the end of the day with a story and a citizenship award he had earned. There was a little girl in his class with Down's syndrome and she was sitting by herself, overwhelmed and scared. Tanner approached her and said "come sit by me, I'll be your friend and protect you." He even walked her to the bus later, carrying her back pack for her. Twelve years later, this picture is of Tanner and Audrey senior year when she was crowned homecoming queen. Still her friend and still her protector, the love between them is obvious.



    That is who my son is. Tanner is a loving and loyal friend, a devoted son, brother and single father. He is always the first to step in when someone needs help or is hurting. He works tirelessly and diligently, day in and day out, to take care of his loved ones. He volunteers his time and skills to the community without hesitation. He has always been very passionate about standing up for what's right. Unfortunately, sometimes youth and exuberance have led him to make poor decisions, albeit with good intentions. I am asking you mother to mother, to please consider this when making your sentencing decision. Please consider the hardship prison time would put upon our family, especially his young son who depends on Tanner for support. Thank you for your time and consideration.

                                                                                    Sincerely,
                                                                                   Kristin L. Sells

Exhibit 1
Page 1 of 1