To: The Honorable Amy Berman Jackson

Re: Tanner Bryce Sells

"When you make a mistake, there are only three things you should ever do about it: admit it, learn from it, and don't repeat it." Paul Bear Bryant. As a young, first time father when Tanner was born, I will always remember the immediate most intense feeling of love I had ever felt. I also remember the intense fear that accompanied that love. Fear I wouldn't be able to keep him safe. Fear I wouldn't be able to be the best father that he deserved. Now that he is a father himself, I find those intense feelings never wane. I finally realized I could only give him all the love and advice I had to offer and the rest would be up to him. Most of the time, Tanner took that advice to heart and has done his best to be an upstanding citizen, father, son, brother and friend. However, he has occasionally let immaturity and overzealousness lead his decision making in the wrong direction. On those occasions, Tanner has always taken the advice of Paul Bear Bryant to heart and done his best to learn from them and move forward as a better man. I am asking you to please take that into consideration when deciding his sentence. Tanner is a single father and the main provider for his young son. A prison sentence will harm his ability to provide for Ryan now and in the future. The most recent advice I have given to my son: "Mistakes have the power to turn you into something better than you were before." Anonymous. I am hoping your mercy and consideration will allow Tanner to put that advice into action.
Thank you for your time.


Sincerely,

Paul Q. Sells

Exhibit 2
Page 1 of 1