To Whom It May Concern:   Oct. 23, 2021

I'm 72 years old, and have met a lot of good people, and a few bad people, in my lifetime. Tanner Sells is not a bad person. I've known him personally over 7 years.

We first met when he wanted to be a welder. I'm a welder, working on a job where we needed another welder. Tanner was motivated, had a goal, and worked hard at his goal of being an expert welder. He became a very accompolished pipeline welder, which he worked at for several years.

Just before his son was born, he came back to his hometown, to be home more with his family. Our local economy doesn't have many new jobs very often, yet he always had a job and supported his family, asking help from nobody. He maintains that standard today, owning and operating a successful business.

Although our ages are far apart, we have a lot of the same interests: welding, horses, cattle, the western life-style that we enjoy in Oklahoma.

He will always come and help me when I call, and we're proud to have him come to our house. He eats at my wife's table regularly.

Exhibit 9
Page 1 of 3



HE IS WELCOME AT, AND HAS ATTENDED SOME FAMILY FUNCTIONS, AND IS ALWAYS WELL RECEIVED BY MY FAMILY MEMBERS.

I CONSIDER HIM A FRIEND, A GOOD, HONEST TO A FAULT, CHRISTIAN YOUNG MAN, THAT I WILL STAND UP FOR, TO ANYONE!

JACK STEELE
*Jack Steele*
CHANDLER, OK.

Exhibit 9
Page 2 of 3

To Whom It May Concern: October 23, 2021

    I'm 72 years old and have met a lot of good people and a few bad people in my lifetime. Tanner Sells is not a bad person. I've known him personally over 7 years.

    We first met when he wanted to be a welder. I'm a welder working on a job where we needed another welder. Tanner was motivated, had a goal, and worked hard at his goal of being an expert welder. He became a very accomplished pipeline welder which he worked at for several years.

    Just before his son was born he came back to his hometown to be home more with his family. Our local economy doesn't have many new jobs very often yet he always had a job and supported his family, asking help from nobody. He maintains that standard today, owing and operating a successful business.

    Although our ages are far apart, we have a lot of the same interests: welding, horse, cattle, the Western life-style that we enjoy in Oklahoma.

    He will always come and help me when I call and were proud to have him come over to our house. He eats at my wife's table regularly. He is welcome at and has attended some family functions and is always well received by my family members.

    I consider him a friend, a good, honest to a fault, Christian young man, that I will stand up for to anyone!

                                                    Jack Steele

                                                    Chandler, Ok

Exhibit 9
Page 3 of 3