**KEVIN WALLACE**
State Representative
District 32

State Capitol, Room 200
2300 N. Lincoln Blvd.
Oklahoma City, OK 73105-4885



*House of Representatives*
**STATE OF OKLAHOMA**

**COMMITTEES**

Chair: Appropriations & Budget
Joint Committee on Appropriations & Budget
Joint Committee on Pandemic Relief Funding
Legislative Office of Fiscal Transparency
Insurance

January 4, 2022

The Honorable Amy Berman Jackson
U.S. Court for District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Your Honor,

My name is Kevin Wallace and I am the State Representative in Lincoln County, Oklahoma, where Tanner Bryce Sells was born and raised. I'm writing you today to tell you a little about him to hopefully provide you some background to assist you in his sentencing. I've known his mother, Kristin Sells, and family for more than twenty years.

At the young age of twenty-five, Tanner owns his own business, Advanced Steele, a company that constructs metal buildings. He's been constructing metal buildings for the past five years. He also is the proud father of a two year-old boy, named Ryan. He is and has been a contributing citizen in our small community.

I respectfully request your compassion in this process. If you have any questions please feel free to contact me anytime.

Kind Regards,

*[signature]*

Rep. Kevin Wallace, R-Wellston
Chairman, House Appropriations & Budget Committee